IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY A. PARSONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 11-0452-N |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| Of Social Security, ) | |

## JUDGMENT

Pursuant to an order this day entered, it is hereby ORDERED, ADJUDGED and DECREED that judgment be entered in favor of the plaintiff and that this matter be remanded to the Commissioner for further proceedings consistent with that order.

DONE this the 28th day of August, 2012.

/s/ Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE